IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DONNIE R. LEWIS, JR.,** | CASE NO. 4:09CV3142 |
| **Plaintiff,** | |
| v. | **MEMORANDUM AND ORDER** |
| **BRENDA FISHER, STEVE FOREE, MICHAL THURBER, TODD STYSKAL, and THE LANCASTER COUNTY JAIL,** | |
| **Defendants.** | |

This matter is before the court on its own motion. On September 4, 2009, the Clerk of the court sent a copy of the court's previous Memorandum and Order to Plaintiff at his last known address. (Filing No. 7.) On September 9, 2009, that document was returned to the court as "undeliverable" because Plaintiff was discharged from the institution. (Filing No. 8.) No forwarding information was provided. (*Id.*)

Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff shall have until **October 16, 2009**, to apprise the court of his current address, in the absence of which this case will be dismissed without prejudice and without further notice; and

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: **October 16, 2009**: deadline to inform court of new address.

DATED this 16th day of September, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.